AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

GOETTLE RICHARD, INC.

        V.

HAMILTON COUNTY BOARD OF COMMISSIONERS, et al.,

Case Number:   1:10cv187

Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Status Conference on Plaintiff's Motion for Temporary Restraining Order (Doc.#2) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | March 26, 2010 at 1:30 p.m. |

JAMES BONINI, CLERK

   s/William Miller_____
William Miller
Case Manager

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.